**MARCIA HURD**
Assistant U.S. Attorney
U.S. Attorney's Office
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Marcia.Hurd@usdoj.gov

**E. VINCENT CARROLL**
Assistant U.S. Attorney
119 First Ave. N. #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Vincent.Carroll@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2009 MAR 23 AM 11 29

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MCCONNELL,<br><br>Defendant. | CR 09- 37 -GF-SEH<br><br>**INDICTMENT**<br><br>AGGRAVATED SEXUAL ABUSE<br>Title 18 U.S.C. §§ 1153(a), 2241(c)<br>(Penalty: Life imprisonment,<br>$250,000 fine, and not less than five<br>years to lifetime supervised<br>release) |
|---|---|

THE GRAND JURY CHARGES:

That on a date unknown but in approximately late Winter or Spring 2002, at Frazer, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, JOSEPH MCCONNELL, an Indian person, d/o/b –/–/38, knowingly engaged in a sexual act with a person whose name is not disclosed to protect her privacy, d/o/b –/–/91, a person who had not attained the age of 12 years at the time of the offense, in violation of 18 U.S.C. §§ 1153(a) and 2241(c).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: none set _____

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff